IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50522
Conference Calendar
_____

LAWRENCE MICHAEL HARRISON, SR.,

Plaintiff-Appellant,

versus

BLAKE WILLIAMS; PATRICIA ROBERTSON;
RONALD EARLE; DON SAMUELS; ROBERT
SAWYER; ALEXANDER TRADD, II; JOHN HINTON,
III; GLENN A. MAKL; STEWART C. ROBINSON;
RICHARD H. STEPHENS; PAUL E. COGGINS;
GENE LUNT; VIC CONRAD; RICK MOUNTCASTLE;
MICHEL NICROSI; SUZANNA PEREZ SANCHEZ;
CHARLES M. MEADOWS; WILLIAM R. COUSINS, III;
DON G. HORTON; HOWARD FREIDIN; THOMAS CLINTON
BARRON; PETER FRANK RANERI; GABRIELA RANERI;
JAMES ARCHER; VLADIMIR BRKIC; JAMES L. KENNEDY;
MEADOWS, OWENS, COLLIER, REED & COGGINS, LLP;
TRUE, ROHDE & SEWELL,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CV-605-SS
- - - - - - - - - - -
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Lawrence Michael Harrison, federal prisoner #24878-086,

appeals the district court's summary judgment in favor of

defendants, dismissing with prejudice his civil rights action

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

pursuant to 42 U.S.C. § 1983, and <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).  Harrison signed his notice of appeal on May 14, 1999.  Harrison did not obtain permission from a judge of this court before filing his notice of appeal, as he is required to do pursuant to this court's order in <u>United States v. Harrison</u>, No. 98-11507 (5th Cir. Feb. 2, 1999).  The instant appeal is therefore DISMISSED as improvidently docketed.

APPEAL DISMISSED.